# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **SECURED STRUCTURES, LLC** <br><br> vs. <br><br> **ALARM SECURITY GROUP, LLC** | § § § § § § § | **CASE NO. 6:14-CV-930** <br> **LEAD CASE** |

| | | |
|---|---|---|
| **SECURED STRUCTURES, LLC** <br><br> vs. <br><br> **GUARDIAN PROTECTION SERVICES, INC.** | § § § § § § § | **CASE NO. 6:14-CV-937** |

| | | |
|---|---|---|
| **SECURED STRUCTURES, LLC** <br><br> vs. <br><br> **INTERFACE SECURITY SYSTEMS, LLC** | § § § § § § § | **CASE NO. 6:14-CV-938** |

| | | |
|---|---|---|
| **SECURED STRUCTURES, LLC** <br><br> vs. <br><br> **MONITRONICS INTERNATIONAL, INC.** | § § § § § § § | **CASE NO. 6:14-CV-940** |

| | | |
|---|---|---|
| **SECURED STRUCTURES, LLC** | § § | |
| vs. | § § | **CASE NO. 6:14-CV-941** |
| **PROTECTION ONE ALARM MONITORING, INC.** | § § § § | |

| | | |
|---|---|---|
| **SECURED STRUCTURES, LLC** | § § | |
| vs. | § § | **CASE NO. 6:14-CV-944** |
| **VECTOR SECURITY, INC.** | § § § § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the motions to dismiss has been presented for consideration. The Report and Recommendation (ECF 109), filed on March 10, 2016, recommends that Defendants' Motions to Dismiss for Failure to State a Claim be denied without prejudice. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant Alarm Security Group, LLC's Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-930, ECF 12), Defendant Guardian Protection Services, Inc.'s Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-937, ECF 12), Defendant Interface Security Systems, LLC's Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-938, ECF 12), Defendant Monitronics International, Inc.'s Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-940, ECF 12),

Defendant Protection One Alarm Monitoring, Inc.'s Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-941, ECF 12) and Defendant Vector Security, Inc.'s Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-944, ECF 12) are **DENIED WITHOUT PREJUDICE**.[1]

**So ORDERED and SIGNED this 29th day of March, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation additionally recommended that Defendant Central Security Group – Nationwide, Inc.'s Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-931, ECF 12) and Defendant CPI Security Systems, Inc.'s Motion to Dismiss for Failure to State a Claim (Civil Action No. 6:14-cv-932, ECF 12) be denied without prejudice. After the filing of the Report and Recommendation, the claims against Defendant Central Security Group – Nationwide, Inc. and CPI Security Systems, Inc. were dismissed with prejudice.